**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| EOS AIRLINES, INC. | Case No. 08-22581 (RDD) |
| Reorganized Debtor. | |

---

| | |
|---|---|
| TURNAROUND ADVISORS, LLC, AS LIQUIDATING TRUSTEE OF THE EOS AIRLINES LIQUIDATING TRUST | Adv. Pro. No.: 10-08276-RDD |
| Plaintiff, | |
| -against- | |
| PARAGON GLOBAL FLIGHT SUPPORT LIMITED, | |
| Defendant. | |

---

## CERTIFICATE OF SERVICE

I hereby certify as follows:

A true and correct copy of the ***AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL AND/OR FRAUDULENT TRANSFERS*** (Docket No. 2) as well as the ***SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING*** (Docket No. 3) was caused to be served on the Defendant in the above-captioned action at the address below via first class U.S. Mail or International Mail in a properly addressed envelope with sufficient postage affixed thereto;

> President
> Paragon Global Flight Support Limited
> 6th Floor Astral Towers, Betts Way, London Road
> Crawley, RH10 9XA
> UNITED KINGDOM

This 30th day of April, 2010.

        COHEN TAUBER SPIEVACK & WAGNER, P.C.

        By: /s Zvi Rosen
           Zvi Rosen
           420 Lexington Avenue, Suite 2400
           New York, New York 10170
           Phone: (212) 381-8753
           Fax: (212) 586-5095
           Email: zrosen@ctswlaw.com
        *Counsel to the Liquidating Trustee for*
           *the Eos Airlines, Inc. Liquidating Trust*